UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP BURTON HAUSKEN,

             Plaintiff,

v.

C/O SMOLECH, et al.,

             Defendants.

CASE NO. C14-5037 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The Court **DISMISSES** this action as malicious and orders that this dismissal count as a strike pursuant to 28 U.S.C. 1915(g). In forma pauperis status is revoked for the purpose of appeal.

Dated this 7th day April, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER